**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 00-30418
(Summary Calendar)

---

BETHANY YOUNG

                                        Plaintiff-Appellant,


v.

CITY OF SULPHUR

                                        Defendant-Appellee

---

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-31)

---

August 8, 2000


Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     In this suit alleging sex discrimination, pursuant to Title VII of the Civil Rights Act of 1964, as amended, Plaintiff-Appellant Bethany Young appeals the district court's grant of Defendant-Appellee's motion for summary judgment. Young was employed by the City of Sulphur on a 90-day probationary basis, and her employment was terminated before that temporary period expired.

---

     [*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

She alleges that her termination was the result of sex discrimination on the part of the police department. The City of Sulphur argues in response that her termination was the result of her inability to perform the requirements of her role as a police officer. Having carefully and fully considered the record and the briefs of counsel as well as the opinion of the district court, we are satisfied that summary judgment was properly granted, and we affirm the judgment of the district court for essentially the same reasons set forth in its comprehensive opinion.

AFFIRMED.